UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MUHAMAD MIRZA and ALLIED
MEDICAL AND DIAGNOSTIC SERVICES,
LCC,

                              Plaintiffs,

          - against -

DOLCE VIDA MEDICAL SPA, LLC and
SCOTT CALLAHAN,

                              Defendants.

**ORDER**

19 Civ. 6444 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

          The conference previously scheduled for December 12, 2019 is adjourned <u>sine</u> <u>die</u>.

Dated:  New York, New York
          December 6, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge